B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>ANGELO A. LUNA, | DEFENDANTS<br>INDYMAC BANK, FSB, NDEX WEST, LLC, MORTGAGE ECLECTRONIC REGISTRATION SYSTEMS, INC. |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>ANGELO A. LUNA<br>14818 Baca Court, Baldwin Park, CA 91706 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Determine Validity of Defendant's Lien (if any); Injunctive Relief; Lack of Standing

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED JUN 29 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought<br>Injunctive Relief | |

American LegalNet, Inc.
www.FormsWorkflow.com

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>ANGELO A. LUNA | | BANKRUPTCY CASE NO.<br>2:10-bk-18325-VZ | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | | DIVISION OFFICE | NAME OF JUDGE<br>Vincent P. Zurzolo |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF<br>ANGELO A. LUNA | DEFENDANT<br>INDYMAC BANK, FSB, ET AL | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Angelo Luna/* | | | |
| DATE<br>6/29/10 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>ANGELO A. LUNA | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | )<br>) Chapter 7<br>) Case No. 2:10-bk-18325-VZ |
| ANGELO A. LUNA | |
| Debtor | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Adversary Proceeding |
| INDYMAC BANK, FSB, NDEX WEST, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) No. |
| Defendant | ) |

## COMPLAINT TO DETERMINE SECURED STATUS

Now comes the Debtor and brings this action under 11 U.S.C. Sections 502(b) to determine the secured status of a purported claim held by the Defendant.

1. This Court has jurisdiction pursuant to 28 U.S.C. § 157.

2. The matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1409.

4. On March 7, 2010, the Debtor filed a voluntary Chapter 13 bankruptcy filing in this Court.

5. On October 20, 2009, the Defendant alleges it was owed $373,966.30.

6. The Defendant alleges that the loan is secured by a consensual lien on the Debtor's primary residence.

7. Plaintiff at all times relevant owns and resides at the property located at 14818 Baca Court, Baldwin Park, CA 91706 (hereinafter referred to as "the property" or "subject property").

8. Defendants asserts that they are the owner of the note or security interest which is secured by the subject property, however Plaintiff is informed and believes that Defendants is/are not the owner of the security interest and therefore has no standing to record the Notice of Default and Notice of Trustee Sale which has been recorded on the subject property's title with the County Recorder's Office.

9. Plaintiff is informed and believes that the promissory note which secures the property has been sold, transferred or otherwise disposed of and is not held by Defendant despite Defendant's claim that they have an ownership interest in the subject property.

10. Plaintiff alleges that Defendant has violated F.R.Civ. Pro. 17 in that Defendant is not the real party interest to initiate collection efforts against Plaintiff and / or bring forward a Trustee Sale against the subject property.

11. The Promissory Note is evidence of the primary mortgage obligation and specifies who the payee of the Note is. Only an entity which is the original "payee" or which the "payee" has legally transferred its rights under the Note to, may legally foreclose on a property or record notices of title.

12. Plaintiff is informed and believes that Defendant is neither the original "payee" or that the interest under the Promissory Note has been properly and legally transferred to Defendant

**Count I**

**Determine Validity of Defendant's Lien (if any)**

13. Plaintiff hereby re-alleged and incorporates by reference all the preceding paragraphs as though fully set forth herein.

14. Plaintiff is informed and believes that Defendant cannot produce the Original Promissory Note or show evidence of effective and valid transfers of the Promissory Note.

15. Plaintiff is informed and believes that Defendant does not have a valid and enforceable lien on the subject property.

### Count II

### Injunctive Relief

16. Plaintiff hereby re-alleged and incorporates by reference all the preceding paragraphs as though fully set forth herein.

17. Defendant has recorded a Notice of Trustee Sale, and unless restrained will sell the subject property on or about February 14, 2010.

18. Said sale will cause Plaintiff irreparable injury in that real property is unique.

19. Plaintiff has no other plain, speedy or adequate remedy and the injunctive relief prayed for is necessary and appropriate at this time to prevent irreparable loss to Plaintiff.

20. Plaintiff has suffered and will continue to suffer in the future unless Defendants' wrongful conduct is restrained and enjoined because real property is inherently unique and it is and will be impossible for Plaintiff to determine the precise amount of damage Plaintiff will suffer.

///

///

### Count III

### Lack of Standing

21. Plaintiff hereby re-alleged and incorporates by reference all the preceding paragraphs as though fully set forth herein.

22. Defendant lacks standing to foreclose on Plaintiff's property due to a lack of a valid transfer of the Promissory Note or the security interest held within.

23. Defendant improperly and illegally recorded a Notice of Default and Notice of Trustee Sale on the subject property and Plaintiff anticipates Defendant will also file a Motion for Relief from Stay in the action herein and as such requests a declaration that Defendant lacks standing to initiate foreclosure proceedings.

### Prayer for Relief

WHEREFORE PLAINTIFF prays pursuant to F.R.Civ. Pro. 65 as incorporated by Fed. Rule of Bank. Proc. 7065, for a temporary restraining order, restraining the Defendant, its agents, attorneys, employees and successors from foreclosing on the subject property, and further Plaintiff prays for a preliminary and permanent injunction barring the same.

Additionally, Plaintiff prays for a declaration that Defendant lacks standing and a determination that Defendant's lien is invalid and unenforceable.

Respectfully submitted:

Dated: 6/29/10

By _____
ANGELO A. LUNA

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|

Attorney for Plaintiff

**FILED**
**JUN 29 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                          Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Angelo A. Lung

CHAPTER 7
CASE NUMBER 2:10-bk-18325-VZ

Debtor.

ADVERSARY NUMBER

Indymac Bank, FSB, NDEX WEST, LLC
Mortgage Electronic Registration Systems, Inc. Plaintiff(s),

vs.

Defendant(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

**SUMMONS AND NOTICE OF STATUS CONFERENCE**

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: 6/29/10    Time: 10:00 AM    Courtroom:    Floor:

☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana
☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                **F 7004-1**

| Summons and Notice of Status Conference - Page 2 | F 7004-1 |
|---|---|
| In re (SHORT TITLE)<br>ANGELO A. LUNA<br>Debtor(s). | CASE NO.:<br>2:10-bk-1835-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/29/10 | ANGELO LUNA | /s/ Angelo Luna |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                F 7004-1